SO ORDERED: December 9, 2014.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

C007040 (rev 02/2013)

In re:

**Engineered Energies, LLC**,
    Debtor(s).

Case No. **14–92003–BHL–7**

### ORDER IN NO ASSET CASE

A Chapter 7 Trustee's Report of No Distribution was filed on November 6, 2014, by Trustee Kathryn L. Pry. The Court, after reviewing this report, enters the following order.

**IT IS ORDERED** that any scheduled property of the estate is abandoned.

**IT IS FURTHER ORDERED** that secured creditors with nonavoidable, perfected security interests in any abandoned property are granted limited relief from the automatic stay to pursue their valid claims against that property in accordance with applicable law.

**IT IS FURTHER ORDERED** that the trustee is discharged from any duty as trustee in this case.

###